UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| $50,001.84; $4,234.83; and $4,766.24 | § | |
| in U.S. CURRENCY, | § | |
| Defendants. | § | |

VERIFIED COMPLAINT FOR CIVIL FORFEITURE
IN REM AND NOTICE TO POTENTIAL CLAIMANTS

The United States of America, Plaintiff, files this action for forfeiture *in rem* against $50,001.84, $4,234.83, and $4,766.24 in U.S. Currency and alleges upon information and belief the following:

NATURE OF ACTION

1. This civil action *in rem* is brought to enforce the provisions of:

    (a) 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), or a conspiracy to commit such offense. Title 18 U.S.C. § 1343 (wire fraud) is "specified unlawful activity" pursuant to 18 U.S.C. §1956(c)(7). A conspiracy to commit wire fraud is a violation of 18 U.S.C. § 1349; and

    (b) 18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture of real property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 and property traceable to such property.

## DEFENDANT PROPERTY SUBJECT TO FORFEITURE

2.     The Defendant Property is $50,001.84 and $4,234.83 in U.S. Currency seized on or about October 20, 2017, from Bank of America accounts ending in x3451 and x7661, both held in the name of Adetokunbo S. Wahab; and $4,766.24 in U.S. Currency seized on or about November 9, 2017, from Bank of America account ending in x5948 held in the name of Marvelous Beauty Solutions, LLC (collectively, the "Defendant Properties").

## JURISDICTION AND VENUE

3.     This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

4.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b)(1), 1391(b), and 1395(c).

## FACTS

5.     Generally, in a romance scam, the perpetrator of the fraud ("fraudster") utilizes electronic messages, sent via email or social media services, to convince a victim in the United States that the victim is in a romantic relationship with the person the fraudster purports to be. The victim generally has never met the fraudster in person.  There are also charity scams, in which the fraudsters make false representations to convince the victim that any money sent will be used for charitable purposes, such as overseas missionary work.

6.     As part of a scheme to defraud, the fraudster targets and engages vulnerable victims and makes false representations that cause the victim to wire money to various bank accounts controlled by the fraudster or his co-conspirators.  Often, one bank account is used to collect fraud proceeds from multiple victims being defrauded by multiple online personas; and often one victim is induced over time to send money to multiple bank accounts.  The multiple

bank accounts used in the scheme or conspiracy are generally placed in the names of different individuals and companies in order to conceal or disguise the nature, location, source, ownership, and control of the fraud proceeds obtained from victims.

7. Prior to and including July 2017, using email or social media, the fraudsters in this case deceived victims into believing they were corresponding with a certain persona and were in a genuine romantic relationship, or were collecting money for churches or charity. Multiple victims corresponded with fraudsters who convinced the victims to wire money to bank accounts based on various false pretenses of a romantic relationship and false statements regarding the romantic persona's need for money, or based on false pretenses that the money would be used to support charitable work. Seizures were made from the following three separate bank accounts that were used to collect money from victims in this case:

| Bank of America Account | Account Holder | Amount Seized |
|---|---|---|
| x3451 | Adetokunbo S. Wahab | $4,234.83 |
| x7661 | Adetokunbo S. Wahab | $50,001.84 |
| x5948 | Marvelous Beauty Solutions, LLC | $4,766.24 |

A. **Accounts x3451 and x7661**

8. On or about September 21, 2017, C.C., a resident of Spring, Texas, deposited $5,000.00 in U.S. Currency into a Bank of America account ending in x3451, believing she was helping her online "boyfriend," who supposedly needed to pay taxes/fees to release his restrained

funds held in a bank account located in Hong Kong, China.  C.C. received payment instructions from her online "boyfriend" via email.  The same day, $12,000.00 was electronically transferred from an account ending in x3451 to an account ending in x7661.  Both accounts are owned by a person named Adetokunbo S. Wahab.  Through the romance scheme, C.C. has also made other deposits at the request of her online "boyfriend" and in total has been defrauded of approximately $300,000.00.

9. Another victim, E.R., believing he was helping his online "girlfriend" recover lost/stolen equipment for her work as an electrical engineer, deposited $2,000.00 in funds in Account x3451 on or about July 31, 2017.

10. Further investigation has revealed additional victims of romance scams or charity scams who as a result of false representations have deposited funds into the very same Bank of America account ending in x3451.  Overall, with respect to Account x3451, the victims include but are not limited to:

| Victim | Amount | Date | Victim's Total Loss from Scheme |
|---|---|---|---|
| E.R. | $2,000.00 | July 31, 2017 | $70,000.00 |
| F.K. | $2,000.00 | July 31, 2017 | $85,000.00 |
| K.T. | $4,000.00 | August 15, 2017 | $50,000.00 |
| C.C. | $5,000.00 | September 21, 2017 | $300,000.00 |
| H.S. | $9,900.00 | September 22, 2017 | $49,000.000 |
| F.F. | $3,500.00 | October 17, 2017 | $20,000.00 |

11.     The amount seized from Account x3451 was $4,234.83; and the amount seized from Account x7661 (which received funds from Account x3451) was $50,001.84.

### B. Account x5948

12.     One victim mentioned above, E.R., was also convinced by the fraudster posing as his electrical engineer "girlfriend" to deposit on or about October 10 and 12, 2017, the sums of $2,800.00 and $2,400.00 in U.S. Currency into a separate Bank of America account ending in x5948.  Account x5948 is held in the name of Marvelous Beauty Solutions, LLC.  Only $4,766.24 was seized from that account.

### CONCLUSION

13.     Under the totality of the circumstances, it is believed that the Defendant Properties are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) as property which constitutes or is derived from proceeds traceable to specified unlawful activity, including wire fraud.

14.     Under the totality of the circumstances, it is also believed that the subject bank accounts were used for the purpose of concealing and disguising the nature, location, source, ownership, and control of the fraudulent proceeds, in violation of 18 U.S.C. § 1956(a)(1)(B).

### NOTICE TO ANY POTENTIAL CLAIMANTS

YOU ARE HEREBY NOTIFIED that if you assert an interest in any of the Defendant Properties which are subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A verified claim must be filed no later than thirty-five (35) days from the date this Complaint has been sent.  An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty-one

(21) days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas at United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002, and a copy must be served upon the undersigned Assistant United States Attorney at United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

## REQUESTED RELIEF

Wherefore, the United States prays that judgment of forfeiture to the United States be decreed against the Defendant Properties, and that the United States have any other relief to which the United States may be entitled.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

By:   *s/ Zahra Jivani Fenelon*
      Zahra Jivani Fenelon
      Assistant United States Attorney
      FBN: 2621972/ TBN: 24052826
      1000 Louisiana Street, Suite 2300
      Houston, Texas 77002
      Phone: 713-567-9000

## Verification

I, Tracy Steed, a Special Agent with the United States Secret Service, declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Civil Forfeiture In Rem and Notice to Potential Claimants, and that the facts stated in paragraphs 2 and 5 - 14 of the Complaint are based upon my personal knowledge, upon information obtained from other law enforcement personnel, or upon information I obtained in the course of my investigation. Those facts are true and correct to the best of my knowledge and belief.

Tracy Steed
Special Agent
United States Secret Service

Sworn and subscribed before me, the undersigned authority, on April 17, 2018.

PATRICIA BLOUNT
NOTARY PUBLIC
ID# 131235518
State of Texas
Comm. Exp. 08-04-2021

Notary Public in and for the State of Texas

My commission expires: 08/04/21